UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 16cv3630(DSD/HB)

Rarity Shireme Abdulla,

        Plaintiff,

v.                                **ORDER**

Brian Marsden,

        Defendant.


This matter is before the court upon the objections by pro se plaintiff Rarity Shireme Abdulla to the November 29, 2016, report and recommendation of Magistrate Judge Hildy Bowbeer (R&R). The magistrate judge recommends that the court dismiss the case because Abdulla has failed to state a claim under federal law. The magistrate judge further recommends that the court decline to exercise supplemental jurisdiction over Abdulla's state-law claims. Abdulla submitted vague objections that are not directly responsive to the R&R.

The court reviews the R&R de novo. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b); D. Minn. L.R. 72.2(b). After a thorough review of the file and record, the court finds that the R&R is well-reasoned and correct. Accordingly, **IT IS HEREBY ORDERED** that:

    1.    The objection to the R&R [ECF No. 7] is overruled;

    2.    The R&R [ECF No. 6] is adopted in its entirety;

    3.    The action is dismissed pursuant to 28 U.S.C.

§ 1915(e)(2)(B) as follows:

      a.   The federal claims are dismissed with prejudice; and

      b.   The state-law claims are dismissed without prejudice.

4.   The application to proceed in forma pauperis [ECF No. 2] is denied; and

5.   Abdulla is ordered to pay the unpaid balance of the statutory filing fee for this action in the manner prescribed by 28 U.S.C. § 1915(b)(2), and the clerk of court shall provide notice of this requirement to the authorities at the institution where Abdulla is confined.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: December 16, 2016

                          s/David S. Doty
                          David S. Doty, Judge
                          United States District Court